UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Vincent Pronesti *et al.,*

    Plaintiffs,

v.                                                                               Case No. 08-15086

Acument Global Technologies,                          Honorable Sean F. Cox
Inc., *et al.*,

    Defendants.
_____/

## ORDER DENYING
## "APPLICATION OF PLAINTIFFS' COUNSEL TO BE RELIEVED
## OF OBLIGATION TO SPECIFY LOCAL COUNSEL."

On March 26, 2009, Plaintiffs filed the instant "Application of Plaintiffs' Counsel to be Relieved of Obligation to Specify Local Counsel." (Docket Entry No. 12). Having considered the request, the Court concludes that it would be beneficial for Plaintiffs to have local counsel in this putative class action. Accordingly, **IT IS ORDERED** that Plaintiff's Application is **DENIED.**

    **IT IS SO ORDERED.**

                                     **S/Sean F. Cox**
                                     **Sean F. Cox**
                                   **United States District Judge**

**Dated:  April 6, 2009**

**I hereby certify that a copy of the foregoing document was served upon counsel of record on April 6, 2009, by electronic and/or ordinary mail.**

                                   **S/Jennifer Hernandez**
                                   **Case Manager**